IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS ALFREDO MOLINA OCHOA,

    Petitioner,

v.	Case No. 1:25-cv-00881-JB-LF

KRISTI NOEM et al.

    Respondents.

## ORDER

THIS MATTER is before the Court following the motion hearing held on November 3, 2025. Doc. 8. The parties shall inform the Court of the outcome of the November 5, 2025, merits hearing in Petitioner's underlying immigration case. The parties also shall keep the Court informed of any further developments in Petitioner's underlying immigration case.

    IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge